UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BILLY J. GRIFFIN, | ) |
|       Petitioner, | ) |
| v. | ) Case No. 1:20-cv-00054 SNLJ |
| USA, | ) |
|       Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner Billy J. Griffin filed a Motion for Reopening of 28 U.S.C. § 2255 Petition in Light of Expungement of State Conviction [Doc. 10] and a Motion for Leave to Amend Motion for Reopening of 28 U.S.C. § 2255 Petition in Light of Expungement of State Conviction [Doc. 11]. The Court denied both motions after finding that the motions were unauthorized second or successive motions under 28 U.S.C. § 2255. Petitioner appealed to the Eighth Circuit Court of Appeals on October 28, 2024. *See Billy J. Griffin v. United States of America,* No. 24-3193 (8th Cir.). The Court of Appeals granted a certificate of appealability and remanded the matter for further proceedings. *Id*.

Accordingly,

**IT IS HEREBY ORDERED** that in accordance with the Mandate entered by the Eighth Circuit Court of Appeals on April 30, 2025, the Memorandum and Order and Order of Dismissal entered on June 17, 2024 [Docs. 15 and 16] are **VACATED**.

**IT IS FURTHER ORDERED** that in accordance with the Judgment from the Eighth Circuit Court of Appeals entered on March 4, 2025, this matter is **REOPENED**.

**IT IS FURTHER ORDERED** that Petitioner is to file an Amended Motion Under 28 U.S.C. § 2255 within 30 days. The Government shall file a response within 45 days of the filing of the Amended Motion, and Petitioner may file a reply within 60 days after the Government's response.

Dated this 1st day of May, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE