UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BILLY J. GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-00054-SNLJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court for case review following remand from the Eighth Circuit Court of Appeals. [Docs. 21, 22]. In accordance with the Judgment of the Court of Appeals [Doc. 21], this matter has been reopened [Doc. 23]. On May 1, 2025, the Court vacated its Order of Dismissal and directed petitioner to file an Amended Motion Under 28 U.S.C. § 2255 by June 2, 2025 [Doc. 23]. That deadline has passed, and petitioner has not filed an Amended Motion. However, upon review of the docket, the Court notes that after petitioner filed his Motion to Reopen [Doc. 10], he filed a Motion to Amend [Doc. 11] and submitted an Amended Motion that was docketed as a Supplement to the Motion to Amend [Doc. 12].

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's Motion to Reopen [Doc. 10] and Motion to Amend [Doc. 11] are **GRANTED**. The **CLERK OF COURT** is **DIRECTED** to **FILE** the Supplement [Doc. 12] as petitioner's Amended Motion Under 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that the Government shall file a response within 45 days of the filing of the Amended Motion, and petitioner may file a reply within 60 days after the Government's response.

Dated this 9th day of June, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE